**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No.  CR-05-04-T |
| | ) | |
| **DeWAYNE EMERY CHRISTIANSEN** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Upon consideration of plaintiff's Motion to Dismiss Petition for Warrant or Summons for Offender Under Supervision (Doc. 8), and for the reasons stated therein, the Petition and Amended Petition for Warrant or Summons For Offender Under Supervision (Docs. 3, 6) are hereby **DISMISSED.**

IT IS SO ORDERED this 10th day of August, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE